richard thomas (Summers)
c/o General Delivery Post
city Wenatchee, de jure Washington state of the union
DMM & ZIP Exempt, near [98801]

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 11 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## United States District Court
## Eastern District of Washington

**To the honorable Thomas O. Rice**

| | |
|---|---|
| Richard Thomas Summers<br>One of the People<br>    plaintiff,<br>vs.<br>CITY OF WENATCHEE POLICE DEPARTMENT, an agency of the City of Wenatchee; RYAN WEATHERMAN in his individual capacity as an Officer of the Wenatchee Police Department; GARY BRYANT in his individual capacity as an Officer of the Wenatchee Police Department; JOSH VIRNIG in his individual capacity as an Officer of the Wenatchee Police Department; ANDY SUND in his individual capacity as an Officer of the Wenatchee Police Department; CHELAN COUNTY DISTRICT COURT and Named District and Superior Court Defendants; CITY OF WENATCHEE OFFICE OF CITY ATTORNEY and Named Defendants,<br>    Defendants, | Case # 2:16-cv-371-TOR<br><br>**Notice of Voluntary Dismissal of Original Complaint by Plaintiff**<br><br>**Motion to Dismiss**<br><br>**No Hearing Requested or Required** |

### Notice and Motion to Dismiss by Plaintiff

Now Comes Richard Thomas Summers, hereby withdrawing the original complaint against the defendants, by this Notice, and respectfully submitting said notice as a motion to the court with grant of authority to dismiss and close the case, for the purposes and reasons as herein set forth below.

**Background**

This complaint was brought against defendants based on events as described and detailed in the original complaint. Such events caused harm to myself (physical, emotional, psychological and constituted a destruction of rights), which remain as points of consideration for any future remedies that may apply. In such respect, this voluntary withdrawal is done and motion to dismiss issued for dismissal without prejudice and explicitly reserving all natural liberties and intrinsic rights, both legal and equitable.

I am withdrawing this complaint based on continuing research and study of the systems of law operative in the United States, the United States of America and as are applicable to private living men and women. I have come to understand that I have made mistakes and errors based on previous ignorance of the law, and knowing that ignorance of the law is no excuse, I am respectfully withdrawing from this case because I now know that I must do so in order to withdraw from the field of battle in order to remove any taint of belligerence or presumption of being an enemy of the state under the current ongoing conditions of Emergency War Powers and the ongoing administration of emergency rule and administrative procedures pursuant to the bankruptcy of the United States as declared in executive proclamations issued in March 1933 (Proclamations 2039 and 2040) and the Emergency Banking Relief Act of March 9, 1933 that amended the Trading With the Enemy Act of October 6, 1917, that extended the definition of public enemy to all persons within the United States and subject to the jurisdiction thereof. As such I realize that I have been acting as an enemy combatant and thus under the jurisdiction as applies to United States persons pursuant to the Fourteenth Article of Amendment, Section 4, which provides for the suppression of any forms of insurrection or rebellion. Since I do not wish to continue under such designation and remove my voluntary consent to any and all presumptions proceeding therefrom, I now have come to understand that I have misapplied my understanding in how I sought remedy and relief for the issues brought forward as causes of action in the moving complaint that opened this case. Therefore, this Notice and Motion are to correct such errors and apologize to this court and all other public actors for any legal, commercial or public harm that may have been caused therefrom.

I have diligently informed myself of many of the relevant facts, understanding of law and the relevant construction of our current judicial and legal systems in this country and therefore I now proceed to correct the mistake(s) I have made on all levels of the court system in State of Washington. I am removing myself from the field of battle and will proceed forthwith to properly settle any current and outstanding claims, liabilities and other charges of a legal, commercial or equitable nature in the State of Washington, and thereby to properly extinguish and settle all such issues.

**Notice of Intent to Correct Status**

Notice is herewith provided to the public, the named defendants in this case and all other persons of interest in this matter. I have up to this time been attached to the United States franchise, as a bonded surety for all commercial liabilities, claims and obligations. I now understand that said franchise is property of the United States within the context of the ongoing emergency and bankruptcy, and thus my approach to current matters has been misguided as to the true nature of the parties and my status. I no longer intend to oppose any such liabilities, claims and obligations, but will rather correct my status by severing surety relationship to the franchise RICHARD THOMAS SUMMERS, in order to proceed for proper extinguishment and satisfaction thereof.

I shall be declaring my status as a Private Washingtonian, Private American National, Heir to the Estate and Living Beneficiary in *allodium*, by and through my Declaration of Status and accompanying documents directed to such purposes, with proof that I am a Living Being, returned from having been lost at sea and acted upon with a presumption of death in the current civil/public system, with a claim of my Ancestral/Lineal Estate and other relevant steps for purposes that are private, in confidence and not cognizable in the public, save for the explicit notice here from and hereafter that the Estate is no longer abandoned, I shall no longer be a ward of the STATE, nor impaired by tacit presumptions that have been operative in the relevant State of Washington, County of Chelan and County of Douglas cases, nor acting in any public capacity as employee, government agent, trustee, surety or any other office under public trust.

Submitted March 9, 2017                Richard Thomas Summers
                                       By:

_richard thomas, House of Summers,_
Without Recourse, Without Prejudice
Cestui Que Vie, Inter Vivos
Private Washingtonian, Private American National,
Heir to the Estate and Living Beneficiary in *allodium*
Standing on the Land *de jure* unincorporated county Douglas
*de jure* Washington unincorporated state of the Union

***Expressly Reserving All Natural Liberties and All Intrinsic Rights***

## Certificate of service

This is to certify that a true and correct copy of the foregoing has been given this _8th_ day of _April_ 2017, to the plaintiff at the following address:

US District Court
P.O. Box 1493
Spokane, WA 99210-1493

_[signature]_
name