UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD THOMAS SUMMERS,<br><br>        Plaintiff,<br><br>   v.<br><br>CHELAN COUNTY DISTRICT COURT; CITY OF WENATCHEE POLICE DEPARTMENT; CITY OF WENATCHEE OFFICE OF CITY ATTORNEY; ROY FORE, Chelan County District Judge; ALICIA NAKATA, Chelan County Superior Judge; NANCY HARMON, Chelan County District Judge; RYAN WEATHERMAN, Wenatchee Police Badge #1K24; GUY BRYANT, Wenatchee Police Badge #1K22; JOSH VIRNIG, Wenatchee Police Badge #1K28; ANDY SUND, Wenatchee Police Badge #1K44; MELISSA BAILEY, City of Wenatchee Attorney; SAMANTHA ZIMMERMAN, City of Wenatchee Attorney; MICHAEL BRADFORD, City of Wenatchee Attorney; and THOMAS WARREN, Chelan County Pro Tempore Judge,<br><br>        Defendants. | NO: 2:16-CV-0371-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

BEFORE THE COURT is Plaintiff's Notice and Motion to Dismiss (ECF No. 22). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Plaintiff's Notice and Motion to Dismiss (ECF No. 22) is **GRANTED**. All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

2. Defendants' Joint Motion to Dismiss for Improper Service and Failure to State a Claim (ECF No. 13) is **DENIED** as moot.

The District Court Executive is directed to enter this Order, furnish copies to the parties who have appeared, and **CLOSE** the file.

**DATED** April 17, 2017.



THOMAS O. RICE
Chief United States District Judge